IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| STEPHEN CRAIG BURNETT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   Case No. CIV-10-769-M |
| | ) |
| KIM LEATHERWOOD, et al., | ) |
| | ) |
| Defendants. | ) |

### ORDER

On August 8, 2011, United States Magistrate Judge Doyle W. Argo issued a Report and Recommendation in this action brought pursuant to 42 U.S.C. § 1983. The Magistrate Judge recommended that defendants' motion for summary judgment of defendant Debbie Morton be granted and that plaintiff's cross motion for summary judgment, be denied. Plaintiff was given until August 29, 2011 to file any objections to the Report and Recommendation. Plaintiff's objection was filed on August 19, 2011.

Accordingly, upon de novo review, the Court:

(1) ADOPTS the Report and Recommendation issued by the Magistrate Judge on August 8, 2011;
(2) GRANTS defendants Motion for Summary Judgment of defendant Debbie Morton [docket no. 42];
(3) DENIES plaintiff's Cross Motion for Summary Judgment [docket no. 56]; and
(4) ORDERS that judgment issue forthwith in favor of defendant Debbie Morton and against plaintiff.

**IT IS SO ORDERED this 29th day of September, 2011.**

_____
VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE