# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| STEPHEN CRAIG BURNETT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. CIV-10-769-M |
| ) | |
| KIM LEATHERWOOD, et al., ) | |
| ) | |
| Defendant. ) | |

## ORDER

On August 10, 2011, United States Magistrate Judge Doyle W. Argo issued a Report and Recommendation in this action brought pursuant to 42 U.S.C. § 1983. The Magistrate Judge recommended that the motion for summary judgment of defendants Taylor, Jones, Munday and Leatherwood [docket no. 35] be granted and that the motion for summary judgment of defendant Sebenick [docket no. 35] be granted as to Counts One, Three, and Four of plaintiff's complaint, and denied as to Count Two of plaintiff's complaint. Plaintiff was ultimately given until September 30, 2011 to file any objections to the Report and Recommendation. Plaintiff's objection was filed on September 8, 2011.

Accordingly, upon de novo review, the Court:

(1) ADOPTS the Report and Recommendation issued by the Magistrate Judge on August 10, 2011;

(2) GRANTS the Motion for Summary Judgment of defendants Joseph Taylor, Michael Munday, Kathy Jones and Kim Leatherwood [docket no. 35];

(3) GRANTS the Motion for Summary Judgment of defendant Joseph Sebenick [docket no. 35] as to Counts One, Three, and Four of plaintiff's complaint and DENIES the Motion for Summary Judgment of defendant Joseph Sebenick as to Count two of plaintiff's complaint;

(4) ORDERS that judgment issue forthwith in favor of defendants Joseph Taylor, Michael Munday, Kathy Jones, Kim Leatherwood and against plaintiff.

**IT IS SO ORDERED this 30th day of September, 2011.**

_____
VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE