IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| STEPHEN CRAIG BURNETT, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. CIV-10-769-M |
| KIM LEATHERWOOD, et al., | ) |
| Defendant. | ) |

## ORDER

On January 11, 2012, United States Magistrate Judge Doyle W. Argo issued a Report and Recommendation in this case. The Magistrate Judge recommended that plaintiff's Motion for Entry of Final Judgment as to Counts 1, 3, 4 and Certification for Appeal [docket no. 102] be denied. The Magistrate Judge also recommended that Plaintiff's Motion for Leave to Conduct Discovery [docket no. 108] be denied as moot. Plaintiff was advised of his right to object to the Report and Recommendation by February 1, 2012. Plaintiff's Objection to Report and Recommendation was filed on January 24, 2012.

Having reviewed this matter de novo, the Court:

(1) ADOPTS the Report and Recommendation issued by the Magistrate Judge on January 11, 2012;

(2) DENIES plaintiff's Motion for Entry of Final Judgment as to Counts 1, 3, 4 and Certification for Appeal [docket no. 102]; and

(3) DENIES plaintiff's Motion for Leave to Conduct Discovery [docket no. 108] as MOOT.

**IT IS SO ORDERED this 31st day of January, 2012.**

VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE